**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHWESTERN DIVISION**

UNITED STATES OF AMERICA,            )
                                     )
                    Plaintiff,       )
                                     )
        vs.                          )     No: 21-05025-01-CR-SW-MDH
                                     )
CHRISTOHPER ADAM SORENSEN,           )
                                     )
                    Defendant.       )


**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**


The Defendant, by consent, has appeared before me pursuant to
Rule 11, F.R.Cr.P., 22(k)(26), WDMO, and 28 U.S.C. §636, and has
entered a plea of guilty to the Information filed on June 10, 2021.
After cautioning and examining the Defendant under oath concerning
each of the subjects mentioned in Rule 11, I determined that the
guilty plea was knowledgeable and voluntary, and that the offense
charged is supported by a factual basis for each of the essential
elements of the offense.  I therefore recommend that the plea of
guilty be accepted and that the Defendant be adjudged guilty and have
sentence imposed accordingly.


Date: June 10, 2021           /s/ David P. Rush
                              DAVID P. RUSH
                              UNITED STATES MAGISTRATE JUDGE

<u>NOTICE</u>

Failure to file written objections to this Report and Recommendation within 14 days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).